1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCADIA HEALTH SERVICES, INC., | Case No. 4:15-cv-00103-YGR |
| Plaintiff, | |
| v. | Hon. Yvonne Gonzales Rogers |
| LISA MARTINEZ, ROSA TORRES, VICKI VITTORI, KATRINA WHELAN, SERGIO DELEON, BETSY CONLAN, And LISA ARNETT, | **VOLUNTARY DISMISSAL** |
| Defendants. | |

IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

3/25/2015

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ARCADIA HEALTH SERVICES, INC. and Defendants LISA MARTINEZ, ROSA TORRES, VICKI VITTORI, KATRINA WHELAN, SERGIO DELEON, BETSY CONLAN, and LISA ARNETT, by and through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its, his, or her own costs and fees.

Dated: March 23, 2015

Webb Millsaps
Webb Millsaps Law
1041 SW 17th Street
Boca Raton, FL 33486

By:   */s/ Webb Millsaps*
            Webb Millsaps

Attorney for Plaintiff
ARCADIA HEALTH SERVICES, INC.

Dated: March 23, 2015

By:   */s/ Robert S. Boulter*
            ROBERT S. BOULTER

Attorney for Defendants
LISA MARTINEZ, ROSA TORRES, VICKI VITTORI, KATRINA WHELAN, SERGIO DELEON, BETSY CONLAN, and LISA ARNETT